UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND O. CAMPBELL,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 23-cv-01390 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California state prisoner, filed an unsigned petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. Petitioner also filed an unsigned motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On the same day, the Clerk sent two separate notices to Petitioner informing him that the petition and IFP application were insufficient because they were not signed. The notices advised Petitioner that he must file a signed petition on the court form and submit a signed application, or pay the filing fee, within twenty-eight days from the date of the notices to avoid dismissal. Dkt. Nos. 3, 4.

The deadline has passed, and Petitioner has failed to respond. Furthermore, there has been no other communication from Petitioner. Accordingly, the action is **DISMISSED** without prejudice for failure to file a proper petition and pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: ___May 22, 2023___

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.23\01390Campbell_dism-ifp&pet.docx